STROUT v. UNITED SHOE MACHINERY CO. et al. (Circuit Court of Appeals, First Circuit. July 15, 1915.) No. 1100. In Error to the District Court of the United States for the District of Massachusetts; Frederic Dodge, Judge. Action at law by Charles A. Strout, trustee, against the United Shoe Machinery Company and others. Judgment for defendants (224 Fed. 1016), and plaintiff brings error. Affirmed. Alexander Lincoln, of Boston, Mass. (Whipple, Sears & Ogden and Sherman L. Whipple, all of Boston,

Mass.. on the brief), for plaintiff in error. C. A. Hight, of Boston, Mass. (Coolidge & Hight, of Boston, Mass., on the brief), for defendants in error. Before PUTNAM and BINGHAM, Circuit Judges, and BROWN, District Judge.

PUTNAM, Circuit Judge. This case was before the District Court on varying phases of pleadings arising out of the defense of the statute of limitations, with judgment for the defendants. The case was followed up by the plaintiff with much ingenuity and industry, but all the phases evoked by him were finally overruled by the District Court in several opinions dealing with each of them. The questions presented before us are questions of special pleading, which are not likely to be involved as a precedent of any consequence, and the opinions as to which fully dealt with, and clearly disposed of, the changing conditions of the case. Nothing would be gained by the parties or the public by enlarging on what was done by the District Court. Therefore we merely approve what it did, without further elaboration. The judgment of the District Court is affirmed, and the defendants below recover their costs of appeal.